United States District Court
Southern District of Texas
**ENTERED**
January 21, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | 2:20-mj-0089-1 |
| JOSE ALBERTO TENORIO | § | |

## ORDER

On this the 17th day of January, 2020, came to be heard the Motion to have the videotaped deposition of material witnesses Marvin Ferdinand Espinoza-Flores, Francisco Javier Gonzaga-Salinas, and Yaquelin Yulissa Lal-Perez, and having considered the same, this Court is of the opinion that it should be GRANTED, and this matter is set for deposition for:

**April 27th 2020, at 1:00 p.m.** located in the Grand Jury Room of the United States Courthouse, 1133 N. Shoreline Blvd., Corpus Christi, TX 78401.

SIGNED on this the 17th day of January, 2020.

_____
Jason Libby
United States Magistrate Judge